UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

MISHAEL GENISMANCHAME,

                Petitioner,

       v.

THOMAS DECKER, *et al.*,

                Respondents.

21-CV-4433 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    IT IS HEREBY ORDERED THAT:

1. Respondents shall file a response to Petitioner's petition for a writ of habeas corpus by June 11, 2021.

2. Petitioner shall file a reply by June 25, 2021.

SO ORDERED.

Dated:    May 24, 2021
            New York, New York

                                                      RONNIE ABRAMS
                                                      United States District Judge